**No. 40102.**—Protests 921012–G, etc., of A. Bianco & Son et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.